

# MOTION DOCKET

**99–222.  Karr v. Borchardt.**
Seneca App. No. 13–98–36. On motion for substitution of Ginger Karr, administrator, as a party appellant for Andrew Beddow. Motion granted.

**99–1573.  Roseville v. Glass.**
Perry App. No. 98CA13. On application for continuation of bond. Application denied.

**99–1585.  State ex rel. Chesney v. Lisbon.**
In Mandamus. On motion to dismiss. *Sua sponte,* cause referred to mediation pursuant to S.Ct.Prac.R. XIV(6).
Соок, J., dissents and would dismiss the cause.

**99–1604.  State v. Sarli.**
Cuyahoga App. No. 74292. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause consolidated with 99–1402, *State v. Sarli,* Cuyahoga App. No. 74292, causes held for the decision in 99–286, *State v. Williams,* Lake App. No. 97–L–191, and briefing schedule stayed.
RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., dissent.

**99–1627.  State v. Rogers.**
Muskingum App. No. 98CA14. On motion for leave to file delayed appeal. Motion denied.

**99–1664.  State v. Miller.**
Hamilton App. No. C–980577. On motion for leave to file delayed appeal. Motion granted.
F.E. SWEENEY, J., dissents.

**99–1669.  State v. Chapman.**
Cuyahoga App. No. 72532. On motion for leave to file delayed appeal. Motion denied.

**99–1671.  State v. Buckner.**
Hamilton App. No. C–980889. On motion for leave to file delayed appeal. Motion granted.
RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**99–1688.  State v. Curenton.**
Jefferson App. No. 96JE19. On motion for leave to file delayed appeal. Motion denied.

**99–1692.  State v. Miller.**
Franklin App. No. 97APA05–623. On motion for leave to file delayed appeal. Motion denied.